ANNIE HARRIS, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION

Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

HARRY HARRIS, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.